# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

BEFORE: GLASSER, J.                    DATE: __APRIL 16, 2015__                TIME: __10:30 a.m.__

DOCKET #: CR-14-00476-01 (ILG)         TITLE: *U.S.A. v. Robert Bandfield, et al.*

COURT REPORTER: __S. Bryant__          DEPUTY CLERK: ~~Stanley Kessler~~ G. Batista

INTERPRETER: _____            AUSA: Jacquelyn M. Kasulis - #6103
                                             ~~Winston M. Paes - #6023~~
                                             Ian Craig Richardson - 6299

DEF'T #1 NAME: Robert Bandfield        ATT'Y: ~~Amy Walsh, Esq. - Ret.~~
                                              Eugene E. Ingoglia, Esq. - Ret.
✓ Present  _ Not Present  ✓ In Custody       ✓ Present  _ Not Present

### CRIMINAL CAUSE FOR STATUS CONFERENCE

✓ Case called.
✓ Defendant __Bandfield__ present with counsel _____.
_ Defendant _____ present without counsel.
_ Counsel _____ present without defendant _____.
_ _____ interpreter _____ present.
_ Status conference held.
_ ~~Another status conference~~ Motions is scheduled for __9/8/15__ at __10:00__ - oral argument
✓ The period between __4/16/15__ and __9/8/15__ is excluded, for the reasons stated on the record and in the interests of justice, from the calculation of the Speedy Trial Act time limits. The findings required by 18 USC 3161(h)(7)(A) are made on the record. — Complex Case (designated).

✓ Motion schedule: Defense to file motion by 7/15/15
   Govt. to respond by 8/17/15.
   Reply by defense: 8/31/15.

_ The defendant is continued on bond on the present terms.
✓ The defendant is continued in custody.

Time: _____