

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TF/NEM
F.# 2015R00173

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 20, 2015

By ECF

Eugene E. Ingoglia, Esq.
Morvillo LLP
One World Financial Center, 27th Floor
New York, NY 10281

      Re:    United States v. Robert Bandfield, et al.
             Criminal Docket No. 14-476 (S-1) (ILG)

Dear Mr. Ingoglia:

      Earlier today, the government provided discovery in the above-captioned matter to counsel for Gregg Mulholland, your client's co-defendant, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government did not provide those materials to you, because the government has determined that they fall under a third-party's attorney-client privilege. Should you have any questions, please contact the undersigned.

             Very truly yours,

             KELLY T. CURRIE
             Acting United States Attorney

      By:    /s/
             Tali Farhadian
             Nadia Moore
             Assistant U.S. Attorneys
             (718) 254-6290/6362

cc:    Clerk of the Court (ILG) (by ECF)