

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TF/NEM
F.# 2015R00173

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 21, 2015

By ECF

Eugene E. Ingoglia, Esq.
Morvillo LLP
One World Financial Center, 27th Floor
New York, NY 10281

> Re: United States v. Robert Bandfield, et al.
> Criminal Docket No. 14-476 (S-1) (ILG)

Dear Mr. Ingoglia:

Earlier today, the government provided discovery in the above-captioned matter to counsel for Gregg Mulholland, your client's co-defendant, pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government did not provide those materials to you, because the government has determined that they fall under a third-party's attorney-client privilege. Should you have any questions, please contact the undersigned.

Very truly yours,

KELLY T. CURRIE
Acting United States Attorney

By:  /s/
Tali Farhadian
Nadia Moore
Assistant U.S. Attorneys
(718) 254-6290/6362

cc: Clerk of the Court (ILG) (by ECF)