AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 14-CR-476 (ILG) |
| ROBERT BANDFIELD, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Philip Kueber                                                                                                                    .

Date:   08/31/2015

/s/ Renato C. Stabile
*Attorney's signature*

Renato C. Stabile (RS8925)
*Printed name and bar number*

Gerald B. Lefcourt, P.C.
148 E. 78th St.
New York, NY  10075

*Address*

stabile@lefcourtlaw.com
*E-mail address*

(212) 737-0400
*Telephone number*

(212) 988-6192
*FAX number*