# Exhibit D

| | |
|---|---|
| Document: | Order |
| Filed by: | Applicant |
| Attachment: | None |
| Date Filed: | 13th January, 2015 |
| Attorney: | Michael C. Young, S.C. |
| | Deshawn A. Torres |
| Cheque No. | 15230 |

## IN THE SUPREME COURT OF BELIZE A.D. 2014

## CLAIM NO. 598 OF 2014

BETWEEN

(UNICORN INTERNATIONAL SECURITIES, LLC          APPLICANT

AND

(ATTORNEY GENERAL                                RESPONDENT

### ORDER

The 16th day of December, 2014

**IN CHAMBERS**

**BEFORE THE HONOURABLE MADAM JUSTICE ARANA**

**UPON READING** the Urgent Notice of Application dated 10th December, 2014 and Affidavit of Lelani Rivero;

**UPON HEARING** Mr. Michael Young, S.C. and Mrs. Deshawn Arzu Torres of Youngs Law Firm, Attorneys-at-Law for the Applicant and Ms. Anika Jackson, Solicitor General, Mr. Nigel Hawke, Deputy Solicitor General and Ms. Marcia Mohabir, Crown Counsel for the Respondent;

**IT IS ORDERED** that:

1. The Defendant shall return to the Claimant on or before the 18th December, 2014 all items, documents and equipment seized on the 9th September, 2014 by the Financial Intelligence Unit from the Claimant's office situate at #1 Coney Drive, Belize City.

2. The Defendant shall pay cost to the Claimant to be agreed or taxed.

Dated the 13th day of January, 2015

BY ORDER

REGISTRAR

Youngs Law Firm
Received
By: [signature]
Date: 15/1/15
Time: 4:37

3-748 Order Application Return of Docs EXEC