

U.S. Department of Justice

United States Attorney
Eastern District of New York

WMP:JMK/MTK
F. #2013R00505

271 Cadman Plaza East
Brooklyn, New York 11201

January 31, 2016

By ECF and Email

Eugene E. Ingoglia, Esq.
Morvillo LLP
One World Financial Center, 27th Floor
New York, New York 10281

James Kousouros, Esq.
260 Madison Avenue, 22nd Floor
New York, New York 10016

    Re: United States v. Robert Bandfield, et al.
      Criminal Docket No. 14-476 (S-1) (ILG)

Dear Counsel:

  As stated in its January 4, 2016 opposition to the defendants Robert Bandfield's and Gregg Mulholland's pre-trial motions, the government agreed to identify, by the end of January 2016, ten or fewer manipulated ticker symbols upon which it intends to rely on substantively at trial. The ticker symbols are as follows:

AMWI
ALZM
CANA
CYNK
ENIP
PRTN
PWEI
SNPK
SVEN
VLNX

The government also identifies the following bank records upon which it intends to rely in support of the charges contained in the superseding indictment:

| Document Description | Date Produced | Bates Range |
| --- | --- | --- |
| Band of New York Mellon Bank Records | 8/7/15 | EDNY-IPC-17992-17993; 18002-20951 |
| Bank of America Bank Records | 8/7/15 | EDNY-IPC-17967-17991; 17995 |
| DMS Bank Records | 8/10/15 | EDNY-TT-00001-00478; 12777-13005 |
| Caledonian Bank Records | 8/10/15 | EDNY-TT-12549-12719 |

The government reserves its right to supplement these bank records.

Very truly yours,

ROBERT L. CAPERS
United States Attorney

By:     /s/
Jacquelyn M. Kasulis
Winston M. Paes
Michael T. Keilty
Assistant U.S. Attorneys
(718) 254-6103 (Kasulis)
(718) 254-6023 (Paes)
(718) 254-7528 (Keilty)

cc:  Clerk of the Court (ILG)

2