UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**          DATE: **MAY 9, 2016**          TIME: **10:00 a.m.**

DOCKET #: **CR-14-00476 (S-2)(ILG)**          TITLE: *U.S.A. v. Robert Bandfield, et al.*
COURT REPORTER: **Joshua Edwards**          DEPUTY CLERK: **Stanley Kessler**
INTERPRETER: _____          AUSA: **Jacquelyn M. Kasulis - #6103**
                                    **Winston M. Paes - #6023**
                                    **Michael T. Keilty - #7528**

DEF'T #2 NAME: **Gregg Mulholland**          ATT'Y: **James Kasouras, Esq. - Ret.**
✓ Present  _ Not Present  ✓ In Custody          ✓ Present  _ Not Present

### CRIMINAL CAUSE FOR PLEADING

- ✔ **Case called.**
- ✔ **Defendant Gregg Mulholland present with counsel James Kasouras, Esq. AUSA's Jacquelyn M. Kasulis, Winston M. Paes and Michael T. Keilty present for the Government.**
- ✔ **The defendant is sworn.**
- ✔ **After being advised of his rights by the Court, the defendant withdraws his plea of not guilty and enters a plea of guilty to count (3) of superseding indictment CR-14-00476 (S-2).**
- ✔ **The Court finds that the plea is made knowingly and voluntarily and that there is a factual basis for the plea, and accepts the plea.f**
- ✔ **A preliminary order of forfeiture is signed.**
- ✔ **Sentencing is scheduled for 8/23/2016 at 11:00 a.m.**
- ✔ **The defendant is continued in custody.**
- ✔ **A notification of the conviction is transmitted to the Probation Department.**

**TIME:   1/00**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**          DATE: **MAY 9, 2016**          TIME: **10:00 a.m.**

DOCKET #: **CR-14-00476 (S-2)(ILG)**          TITLE: *U.S.A. v. Robert Bandfield, et al.*

COURT REPORTER: **Joshua Edwards**          DEPUTY CLERK: **Stanley Kessler**

INTERPRETER: _____          AUSA: **Jacquelyn M. Kasulis - #6103**
                                      **Winston M. Paes - #6023**
                                      **Michael T. Keilty - #7528**

DEF'T #2 NAME: **Gregg Mulholland**          ATT'Y: **James Kasouras, Esq. - Ret.**
✔ Present   _ Not Present   ✔ In Custody          ✔ Present   _ Not Present

## CRIMINAL CAUSE FOR PLEADING

- ✔ **Case called.**
- ✔ **Defendant Gregg Mulholland present with counsel James Kasouras, Esq. AUSA's Jacquelyn M. Kasulis, Winston M. Paes and Michael T. Keilty present for the Government.**
- ✔ **The defendant is sworn.**
- ✔ **After being advised of his rights by the Court, the defendant withdraws his plea of not guilty and enters a plea of guilty to count (3) of superseding indictment CR-14-00476 (S-2).**
- ✔ **The Court finds that the plea is made knowingly and voluntarily and that there is a factual basis for the plea, and accepts the plea.f**
- ✔ **A preliminary order of forfeiture is signed.**
- ✔ **Sentencing is scheduled for 8/23/2016 at 11:00 a.m.**
- ✔ **The defendant is continued in custody.**
- ✔ **A notification of the conviction is transmitted to the Probation Department.**

**TIME:   1/00**